JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

BINH THANH PHAM,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:26-cv-03018-SRM-JDE

JUDGMENT

Pursuant to the Court's Order,

The Petition for Writ of Habeas Corpus is GRANTED.

Date: August 13, 2026

SERENA R. MURILLO
United States District Judge